UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| SARAH BETH WILLIAMS, ET. AL. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:22-CV-630-MOC-DSC |
| GARRY L. MCFADDEN ET. AL. ) | |
| *Defendant* ) | |

**WAIVER OF THE SERVICE OF SUMMONS**

To: ROBERT N. HUNTER JR.

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 12/6/22, , the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

| | |
|---|---|
| Date: 12/6/22 | /S/SEAN. F. PERRIN |
| | *Signature of the attorney or unrepresented party* |
| GARRY L. MCFADDEN | SEAN F. PERRIN |
| *Printed name of party waiving service of summons* | *Printed name* |
| | 301 SOUTH COLLEGE ST. STE 3500<br>ONE WELLS FARGO CENTER<br>CHARLOTTE, NC 28202-6025 |
| | *Address* |
| | SEAN.PERRIN@WBD-US.COM |
| | *E-mail address* |
| | (704) 331-4992 |