# EXHIBIT X

# Mecklenburg County Concealed Handgun Permit Application.

★ Are you US Citizen?    ☐ Yes ☐ No

## Current Military Status:

★ Military Status:    ☐ Active ☐ Reserve ☐ Discharged
                      ☐ Retired ☐ N/A

## Demographic Information:

★ Race:    ☐ American Indian or Alaskan Native
           ☐ Asian or Pacific Islander
           ☐ Black ☐ White ☐ Unknown

★ Gender:  ☐ Male ☐ Female

★ Height: [required] feet [required] inches          ★ Weight: [required]
★ Hair Color: [dropdown]                              ★ Eye Color: [dropdown]
Physical Description: [            ]

## Telephone Number: (###-###-####)

★ Primary: [required]                                 Work: [    ]
Cell: [    ]                                          Fax: [    ]

Updates via text message?    ☐ Yes ☐ No

## Email:

★ Address: [required]                                 ★ Confirm: [required]

## Please Create A Password: (you can use this to track progress, and we may need to contact you during the process)

★ Password: [required]                                ★ Password: (confirm) [required]

**Password Information:** In order to comply with CJIS standards we have employed the use of a password complexity monitor. As you enter your password, we will display an indicator of complexity. You will only be able to submit passwords that are sufficiently complex as to be considered 'safe' by CJIS standards. The visual indicator will turn **Blue** or **Green** to indicate that your password is safe.

**Important:** CJIS requires we maintain a strict password policy and system of checks. As such, we check the following items as you enter your new password:
- The password must be a minimum length of eight (8) characters on all systems
- The password must not be a dictionary word