IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| SARA BETH WILLIAMS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GARRY MCFADDEN, et al.<br><br>Defendants. | Case No. 3:22-CV-00630-MOC-DSC<br><br>**NOTICE OF APPEARANCE OF<br>J. GEORGE GUISE** |

NOW COMES undersigned counsel, admitted and authorized to practice law in this court, and gives notice of appearance as counsel for Defendants Sheriff Garry McFadden in his official capacity, and the Mecklenburg County Sheriff's Office, in this action.

Respectfully Submitted this 12th day of December, 2022.

*/s/ J. George Guise*
J. George Guise (N.C. Bar No. 22090)
Mecklenburg County Sheriff's Office
801 East Fourth Street
Charlotte, NC 28202
Telephone No.: (980) 314-5058
george.guise@mecklenburgcountync.gov

*Attorney for Defendants Sheriff Garry McFadden in his official capacity, and the Mecklenburg County Sheriff's Office*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022 a copy of the foregoing was filed with the CM/ECF system which shall serve counsel for all plaintiffs, to wit:

Ronald James Shook, II
ron@rjshooklaw.com  and

Robert N. Hunter, Jr.
rnhunterjr@greensborolaw.com

                                         /s/ *J. George Guise*
                                         J. George Guise