IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-630-MOC-DSC

| | |
|---|---|
| SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, GRASS ROOTS NORTH CAROLINA, and RIGHTS WATCH INTERNATIONAL, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County, and the MECKLENBURG COUNTY SHERIFF'S OFFICE <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) **MOTION FOR EXTENSION OF** ) **TIME** ) ) ) ) ) ) ) ) ) ) |

Defendants respectfully move this Court to extend the time in which to file a response to Plaintiffs' motion for preliminary injunction from December 27, 2022 to January 10, 2023. In support of this motion, Defendants state as follows:

1.    Plaintiffs filed their complaint in this Court on November 28, 2022. [Document 1].

2.     Defendants waived service and their response to the Complaint is due February 6, 2023.

3.     On December 12, 2022, Plaintiffs filed a motion for preliminary injunction. [Document 9].  The response to Plaintiffs' motion is December 27, 2022.

4.     The undersigned respectfully requests a two week  extension for filing a response to this Motion due to the undersigned's personal commitments during the holiday season, as well as his professional commitments.  The undersigned counsel has ten motions for summary judgment due on December 22, 2022, in *McMahan v. Griffin*, 22-28-cv- 37, in this Court, as well as a state court mediation on Thursday December 22, 2022.

5.     Defendants are not filing this motion for the purpose of delay, but rather to allow time for review of the file in this case in order to prepare a well-written response to Plaintiff's motion.

6.     Defendants have consulted with counsel for Plaintiffs and they consent to this request.

WHEREFORE, Defendants request a two week extension of time to file a response to Plaintiffs' motion for preliminary injunction through and including January 10, 2023.

Respectfully submitted this 20th day of December, 2022.

/s/*Sean F. Perrin*
Sean F. Perrin
N.C. State Bar No. 22253
Alexander J. Buckley
N.C. State Bar No. 53403
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina  28202-6037
Telephone:  704-331-4992
Facsimile:   704-338-7814
Sean.Perrin@wbd-us.com
Alex.Buckley@wbd-us.com


/s/*J. George Guise*
J. George Guise
N.C. State Bar No. 22090
Mecklenburg County Sheriff's Office
801 East Fourth St.
Charlotte, North Carolina  28202

*Attorneys for Defendants Sheriff Garry McFadden and Mecklenburg County Sheriff's Office*