IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-630-MOC-DSC

SARA BETH WILLIAMS, BRUCE )
KANE, JASON YEPKO, GUN )
OWNERS OF AMERICA, INC., )
GUN OWNERS FOUNDATION, )
GRASS ROOTS NORTH )
CAROLINA, and RIGHTS WATCH )
INTERNATIONAL, )
)
                Plaintiffs, )
)
v. )
)
SHERIFF GARRY MCFADDEN, in )
his official capacity as Sheriff of )
Mecklenburg County, and the )
MECKLENBURG COUNTY )
SHERIFF'S OFFICE )
)
                Defendants. )

EXHIBIT 1A      CHP APPLICATION

# STATE OF NORTH CAROLINA

**APPLICATION FOR CONCEALED HANDGUN PERMIT**

- [ ] NEW PERMIT
- [ ] RENEWAL PERMIT
- [ ] DUPLICATE
- [ ] EMERGENCY TEMPORARY PERMIT

G. S. 14-415.10 et seq.

Name of Applicant (Last, First, Middle, Maiden) ▶ Attach listing of all previous addresses and all name changes including location and court file number *(If Applicable)*

Street Address

Date of Birth

Social Security Number ▶ *See Notification on page 3*

City | State | Zip Code

Driver's License Number *(State ID Number if no driver's license)* | State

Mailing Address

Military Status: [ ] Active [ ] Reserve [ ] Discharged [ ] Retired [ ] N/A

Race | Sex | Hair

Telephone Number | County of Residence

Eyes | Height | Weight | Other Physical Description

## APPLICATION

**I, the undersigned applicant, being duly sworn, hereby make application for a North Carolina Concealed Handgun Permit and state that the following information is correct to the best of my knowledge.**

*(Check Appropriate Boxes)*

1. Are you a citizen of the United States? (1) [ ] Yes [ ] No
2. Are you 21 years of age or older? (2) [ ] Yes [ ] No
3. Have you been a resident of North Carolina for 30 days or longer immediately preceding the date of this application? (3) [ ] Yes [ ] No
4. Do you suffer from a physical or mental infirmity that prevents the safe handling of a handgun? (4) [ ] Yes [ ] No
5. Have you successfully completed an approved firearms safety and training course which involved the actual firing of handguns and instruction in the laws of North Carolina governing the carrying of a concealed handgun and the use of deadly force? ▶ *If Yes, attach documentation* (5) [ ] Yes [ ] No

    \* **If No:** Do you meet the retired law enforcement officer exception in N.C.G.S. § 14-415.12(A)? \* [ ] Yes [ ] No
    ▶ *If Yes, attach documentation*

6. Are you ineligible to own, possess, or receive a firearm under the provisions of state or federal law? (6) [ ] Yes [ ] No
7. Are you under indictment or has a finding of probable cause been entered against you for a pending felony charge? (7) [ ] Yes [ ] No
8. Have you been adjudicated guilty in any court of a felony? (8) [ ] Yes\* [ ] No

    \* **If Yes:** Have your firearm rights been restored pursuant to N.C.G.S. § 14-415.4? \* [ ] Yes [ ] No
    ▶ *If Yes, attach documentation*

9. Are you a fugitive from justice? (9) [ ] Yes [ ] No
10. Are you an unlawful user of (or addicted to) marijuana, alcohol, or any depressant, stimulant, or narcotic drug, or any other controlled substance as defined in 21 U.S.C. § 802? (10) [ ] Yes [ ] No
11. Are you currently or have you been previously adjudicated or administratively determined to be lacking mental capacity or mentally ill? (11) [ ] Yes [ ] No
12. Have you been discharged from the U.S. Armed Forces under conditions other than honorable? (12) [ ] Yes [ ] No
13. Have you been adjudicated guilty of, or received a prayer for judgment continued for, or received a suspended sentence for, one or more crimes of violence constituting a misdemeanor, including but not limited to, a violation of the disqualifying criminal offenses listed page 3 of this form? ▶ *See "List of Disqualifying Criminal Offenses" on page 3* (13) [ ] Yes [ ] No
14. Have you had an entry of prayer for judgment continued for a criminal offense which would disqualify you from obtaining a handgun permit? (14) [ ] Yes [ ] No
15. Are you free on bond or personal recognizance pending trial, appeal, or sentencing for a crime which would disqualify you from obtaining a concealed handgun permit? (15) [ ] Yes [ ] No
16. Have you been convicted of an impaired driving offense under N.C. G.S. §§ 20-138.1, 20-138.2, or 20-138.3 within three years prior to the date of this application? (16) [ ] Yes [ ] No

☐ I hereby apply for temporary emergency permit for a nonrenewable period of up to 45 days based upon the information set forth below. I reasonably believe than an emergency situation exists which may constitute a risk of safety to me, my family, or my property.

State Grounds for Temporary Emergency Permit *(Use attachment if necessary)*

**SWORN TO AND SUBSCRIBED TO BEFORE ME**

Date

Date | Signature of Person Authorized to Administer Oath | Signature of Applicant

Title

Date Commission Expires

**SEAL**

**CAUTION**

Federal law and State law on the possession of handguns and firearms may differ. If you are prohibited by federal law from possessing a handgun or a firearm, you may be prosecuted in federal court. A State permit is not a defense to a federal prosecution.

**SHERIFF USE ONLY**

Check List — check applicable boxes

1. Nonrefundable permit fee paid ................................................. ☐
2. One full set of fingerprints administered by the Sheriff's Office ....... ☐
3. Original certificate of completion of approved firearms safety & training course ............ ☐
4. Renewal –Waiver of Application Firearm Safety & Training Course ........ ☐
5. Attachment(s) (specify): _____ ☐
6. Temporary documentation ................................................ ☐
7. Other: _____ ☐

8. Date issued Temporary Permit: _____ ☐
9. Date denied Temporary Permit: _____ ☐
10. Date issued Permit: _____ ☐
    Permit Number: _____ ☐
11. Date denied Permit: _____ ☐
12. Date submitted to SBI: _____ ☐
13. NICS Transaction Number (NTN):
    _____ ☐

**Signature of Sheriff:** _____

Original – Sheriff  /  Copy – SBI  /  Copy – Applicant

SBI CHP – Rev. 08/2014

Page 2

## LIST OF DISQUALIFYING CRIMINAL OFFENSES

1. Harassment of and communication with jurors .................................................................................N.C.G.S. § 14-225.2
2. Violation of court orders ......................................................................................................................N.C.G.S. § 14-226.1
3. Furnishing poison, controlled substances, deadly weapons, cartridges, ammunition, or alcoholic beverages to inmates of charitable, mental or penal institutions, or local confinement facilities ............................N.C.G.S. § 14-258.1
4. Carrying weapons on campus or other educational property...............................................................N.C.G.S. § 14-269.2
5. Carrying weapons into assemblies and establishments where alcoholic beverages are sold and/or consumed..................................................................................................................................N.C.G.S. § 14-269.3
6. Carry weapons on state property and courthouses ..............................................................................N.C.G.S. § 14-269.4
7. Possession and/or sale of spring-loaded projectile knives ...................................................................N.C.G.S. § 14-269.6
8. Impersonation of a fireman or emergency medical services personnel................................................N.C.G.S. § 14-276.1
9. Impersonation of a law enforcement officer or other public officer .....................................................N.C.G.S. § 14-277
10. Communicating threats........................................................................................................................N.C.G.S. § 14-277.1
11. Carry weapons at parades and other public gatherings.......................................................................N.C.G.S. § 14-277.2
12. Stalking ................................................................................................................................................N.C.G.S. § 14-277.3
13. Stalking ................................................................................................................................................N.C.G.S. § 14-277.3A
14. Throwing or dropping objects at sporting events ................................................................................N.C.G.S. § 14-281.1
15. Exploding dynamite cartridges and/or bombs .....................................................................................N.C.G.S. § 14-283
16. Rioting and inciting a riot.....................................................................................................................N.C.G.S. § 14-288.2
17. Fighting or conduct creating the threat of imminent fighting or other violence .................................N.C.G.S. § 14-288.4(a)(1)
18. Making or using any utterance, gesture, display, or abusive language which is intended and plainly likely to provoke violent retaliation, and thereby create a breach of peace .............................N.C.G.S. § 14-288.4(a)(2)
19. Looting and trespassing during an emergency ....................................................................................N.C.G.S. § 14-288.6
20. Assault on emergency personnel..........................................................................................................N.C.G.S. § 14-288.9
21. Violations of city state of emergency ordinances.................................................................................N.C.G.S. § 14-288.12
22. Violations of county state of emergency ordinances............................................................................N.C.G.S. § 14-288.13
23. Violations of state of emergency ordinances........................................................................................N.C.G.S. § 14-288.14
24. Child abuse ..........................................................................................................................................N.C.G.S. § 14-318.2
25. Violations of the standards for carrying a concealed weapon .............................................................N.C.G.S. § 14-415.21(b)
26. Misrepresentation on certification of qualified retired law enforcement officers................................N.C.G.S. § 14-415.26(d)
27. Any crime found in Chapter 14, Article 8 of the North Carolina General Statutes.

**SOCIAL SECURITY NUMBER:** The disclosure of your social security number as a part of this concealed handgun permit application is voluntary. The purpose of requesting the social security number is to assist in your identification and to help distinguish you from other persons with similar names. No concealed handgun permit will be denied for failure to disclose a social security number.