IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-630-MOC-DSC

| | |
|---|---|
| SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, GRASS ROOTS NORTH CAROLINA, and RIGHTS WATCH INTERNATIONAL,<br><br>Plaintiffs,<br><br>v.<br><br>SHERIFF GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County, and the MECKLENBURG COUNTY SHERIFF'S OFFICE<br><br>Defendants. | **MOTION TO DISMISS** |

Defendants Sheriff Garry McFadden and Mecklenburg County Sheriff's Office move to dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction and failure to state a claim upon which relief can be granted pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This Motion is based upon the accompanying Brief, and court file in this action.

1

Respectfully submitted this 6TH day of February, 2023.

/s/*Sean F. Perrin*
Sean F. Perrin
N.C. State Bar No. 22253
Alexander J. Buckley
N.C. State Bar No. 53403
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037


/s/*J. George Guise*
J. George Guise
N.C. State Bar No. 22090
Mecklenburg County Sheriff's Office
801 East Fourth St.
Charlotte, North Carolina 28202

*Attorneys for Defendants Sheriff Garry McFadden and Mecklenburg County Sheriff's Office*