UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:22-cv-630-MOC-DSC

SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, GRASS ROOTS NORTH CAROLINA, and RIGHTS WATCH INTERNATIONAL,

    Plaintiffs,

v.

SHERIFF GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County and the MECKLENBURG COUNTY SHERIFF'S OFFICE,

    Defendants.

**NOTICE OF APPEARANCE**

NOW COMES Michael Bulleri, Special Deputy Attorney General for the North Carolina Department of Justice, appearing in the above-captioned case on behalf of Proposed Intervenor the State of North Carolina. The undersigned will file a notice of conditional intervention contemporaneously with this notice.

Respectfully submitted, this 7th day of February, 2023.

JOSHUA H. STEIN
Attorney General

/s/ Michael Bulleri
Michael Bulleri
Special Deputy Attorney General
N.C. State Bar No. 35196
N.C. Department of Justice
Post Office Box 629

Raleigh, NC 27602  
Telephone: (919) 716-6900  
Fax: (919) 716-6763  
Email: mbulleri@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This 7th day of February, 2023.

/s/ Michael Bulleri
Michael Bulleri
Special Deputy Attorney General