UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:22-cv-630-MOC-DSC

| | |
|---|---|
| SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, GRASS ROOTS NORTH CAROLINA, and RIGHTS WATCH INTERNATIONAL,<br><br>  Plaintiffs,<br>  v.<br><br>SHERIFF GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County and the MECKLENBURG COUNTY SHERIFF'S OFFICE,<br><br>  Defendants. | **NOTICE OF CONDITIONAL INTERVENTION** |

In response to the Plaintiffs' December 5, 2022, notice of constitutional challenge, the State of North Carolina hereby notifies the Court that it intervenes of right, under 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1, to the extent Plaintiffs assert a facial challenge to the constitutionality of N.C.G.S. § 14-415.13 through N.C.G.S. § 14-415.15. The State has today filed a brief setting out its conditional intervention to the challenged statutes.

Respectfully submitted, this 7th day of February, 2023.

JOSHUA H. STEIN
Attorney General

/s/ Michael Bulleri
Michael Bulleri
Special Deputy Attorney General

N.C. State Bar No. 35196  
N.C. Department of Justice  
Post Office Box 629  
Raleigh, NC 27602  
Telephone: (919) 716-6900  
Fax: (919) 716-6763  
Email: mbulleri@ncdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record in this matter.

This 7th day of February, 2023.

/s/ Michael Bulleri
Michael Bulleri
Special Deputy Attorney General