IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-630-MOC-SCR

| | |
|---|---|
| SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, GRASS ROOTS NORTH CAROLINA, and RIGHTS WATCH INTERNATIONAL, <br><br> Plaintiffs, <br><br> v. <br><br> SHERIFF GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County, and the MECKLENBURG COUNTY SHERIFF'S OFFICE <br><br> Defendants. | **RESPONSE TO PLAINTIFFS' MOTION FOR RULING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUCTION OR FOR STATUS CONFERENCE** |

While Plaintiffs' motion for ruling on Plaintiffs' motion for preliminary injunction or for status conference [Document 26] may be rendered moot by this Court's text order setting a June 22, 2023 hearing, Defendants are compelled to respond to Plaintiffs' motion and exhibit attached to the Motion [Document 26-1]

1

because both, once again, misstate the Sheriff's obligations under N.C.G.S. § 14-415(a).

Plaintiffs' suggestion that Defendants must issue or deny a CHP within forty-five days of receiving a CHP application misstates the law. This statute does not, as Plaintiffs contend, require any Sheriff in North Carolina to issue or deny a concealed handgun permit forty five days after application. [Document 26, p. 2]. N.C.G.S. § 14-415(a) states that "within 45 days after receipt of the items listed in GS 14-415.13 from an applicant, and receipt of the required records concerning the mental health or capacity of the applicant, the sheriff shall either issue or deny the permit." The forty-five-day period starts to run upon completion of a CHP application and "receipt of the required records concerning the mental health or capacity of the applicant." N.C.G.S. § 14-415.15(a).

Respectfully submitted this 7TH day of June, 2023.

/s/*Sean F. Perrin*
Sean F. Perrin
N.C. State Bar No. 22253
Alexander J. Buckley
N.C. State Bar No. 53403
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037

/s/*J. George Guise*
J. George Guise
N.C. State Bar No. 22090
Mecklenburg County Sheriff's Office
801 East Fourth St.
Charlotte, North Carolina 28202

*Attorneys for Defendants Sheriff Garry McFadden and Mecklenburg County Sheriff's Office*