IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action N. 3:22-cv-630

| | |
|---|---|
| SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, GRASS ROOTS NORTH CAROLINA, and RIGHTS WATCH INTERNATIONAL,<br><br>    Plaintiffs,<br><br>v.<br><br>SHERIFF GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County and the MECKLENBURG COUNTY SHERIFF'S OFFICE<br><br>    Defendants. | **ENTRY OF APPEARANCE** |

To: Katherine Hord Simon, Clerk of Court
401 West Trade Street, Room 1200
Charlotte, NC 28202

Please enter my appearance on behalf of the Plaintiffs in this matter. Magistrate Judge Susan C. Rodriguez granted my Motion for Leave to Appear Pro Hac Vice on December 19, 2023. ECF #34.

                                            Respectfully submitted,

December 20, 2023

*/s/ Stephen D. Stamboulieh*
STEPHEN D. STAMBOULIEH*
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS 38654
Stephen@sdslaw.us
MS Bar #102784
*Admitted *pro hac vice*

1

## **CERTIFICATE OF SERVICE**

      I, Stephen D. Stamboulieh, hereby certify that I have filed with the Clerk of this Court, a true and correct copy of the foregoing document or pleading, utilizing this Court's CM/ECF system, which generated a Notice and delivered a copy of this document or pleading to all counsel of record.

Dated: December 20, 2023.

                                        */s/ Stephen D. Stamboulieh*
                                        Stephen D. Stamboulieh

2

Case 3:22-cv-00630-MOC-SCR   Document 35   Filed 12/20/23   Page 2 of 2