IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-630-MOC-SCR

| | |
|---|---|
| SARAH BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GRASS ROOTS NORTH CAROLINA, RIGHTS WATCH INTERNATIONAL, GUN OWNERS OF AMERICA, INC., AND GUN OWNERS FOUNDATION,<br><br>        Plaintiffs,<br><br>v.<br><br>GARRY MCFADDEN, IN HIS OFFICIAL CAPACITY AS SHERIFF OF MECKLENBURG COUNTY,<br><br>        Defendant. | MOTION FOR EXTENSION OF TIME |

NOW COME the Parties pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1, and file this Consent Motion for an extension of time of the mediation and dispositive motions deadlines. In support of this motion, the Parties state as follows:

1. This Complaint was filed by Plaintiffs on November 28, 2022, alleging that their rights to bear arms was violated by Defendants. [Document 1].

2. On November 3, 2023, this Court entered a Pretrial Order and Case Management Plan setting a mediation deadline of July 10, 2024, and a dispositive motions deadline of July 26, 2024. [Document 32].

3. Since November 3, 2023, the Parties have engaged in written discovery and taken the depositions of five witnesses.

4. The Parties have agreed to Frank Goldsmith as a mediator in this case with a mediation date of July 26, 2024. Due to the parties' schedules, this was the earliest date that the parties could mediate.

5. As a result, the Parties respectfully request that the mediation deadline be extended from July 10, 2024 until July 26, 2024, and the dispositive motions deadline be extended from July 26, 2024 to August 12, 2024. The Parties are not seeking to move the trial date.

6. The Parties are filing this Motion in good faith and not for the purpose of delay.

WHEREFORE, the Parties respectfully request that the mediation deadline be extended from July 10, 2024 until July 26, 2024, and the dispositive motions deadline be extended from July 26, 2024 to August 12, 2024.

Respectfully submitted, this the 27th day of June, 2024.

<u>s/ Ron Shook</u>

<u>s/ Stephen Stamboulieh</u>

Attorneys for Plaintiffs

<u>s/ Sean Perrin</u>

Attorney for Defendant