UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
CASE NO.: 3:22-cv-630-MOC-DSC

SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, GRASS ROOTS NORTH CAROLINA, and RIGHTS WATCH INTERNATIONAL,

    Plaintiffs,

v.

SHERIFF GARRY MCFADDEN, in his official capacity as Sheriff of Mecklenburg County, and the MECKLENBURG COUNTY SHERIFF'S OFFICE,

    Defendants

**REPORT OF MEDIATOR**

    The undersigned mediator reports the following result of a Mediated Settlement Conference held on July 26, 2024.

    The following individuals, parties, corporate representatives, and/or claims professionals attended and were available to participate in the session, and the appropriate individuals possessed the requisite settlement authority:

    X    All individual parties and their counsel. (Individual parties were excused by the court; counsel were present)
    X    Designated corporate representatives.
    X    Required claims professionals.
    ☐    Other (Describe).

The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or failed to participate as ordered: None.

The outcome of the Mediation Session was:

☐ The parties have reached an impasse.

X The case has been completely settled. Counsel will promptly notify the Court of settlement by:

☐ The filing of a settlement agreement signed by the parties within thirty (30) days of the filing of this report.

X The filing of a stipulation of dismissal signed by the parties within thirty (30) days of the filing of this report.

☐ The case has been partially resolved. Counsel will file a joint stipulation regarding those claims which have been resolved within thirty (30) days of the filing of this report. The report shall also contain a brief summary of the remaining issues for the Court to resolve.

I certify that the above is a true and accurate report regarding the result of the Mediated Settlement Conference.

Date: July 29, 2024.        /s/ Frank Goldsmith
                            FRANK GOLDSMITH, Mediator
                            GOLDSMITH RESOLUTIONS
                            P.O. Box 102
                            Fairview, NC 28730
                            Tel. (828) 230-6977
                            E-mail: frank@goldsmithresolutions.com

***************************************
**CERTIFICATE OF SERVICE**

    I hereby certify that I have this date served counsel of record for all parties with the attached Report of Mediator by causing a copy thereof to be sent via e-mail through the Court's ECF system.

    This the  29th   day of  July  , 2024.

                                               s/Frank Goldsmith
                                              FRANK GOLDSMITH
                                              Mediator