**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-630-MOC-SCR**

| | |
|---|---|
| SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GRASS ROOTS NORTH CAROLINA, RIGHTS WATCH INTERNATIONAL, GUN OWNERS OF AMERICA, INC., AND GUN OWNERS FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>GARRY MCFADDEN, IN HIS OFFICIAL CAPACITY AS SHERIFF OF MECKLENBURG COUNTY,<br><br>Defendant. | **MOTION TO ENTER CONSENT DECREE** |

Plaintiffs Sara Beth Williams, Bruce Kane, Jason Yepko, Grass Roots North Carolina, Rights Watch International, Gun Owners of America, Inc., and Gun Owners Foundation, and Defendant Mecklenburg County Sheriff Gary McFadden are filing this motion requesting that the Court sign the Consent decree resolving this case.

This motion is based upon the court file, the records in this action, the accompanying Brief, and upon such additional evidence which may be presented at a hearing which may be set by the Court.

1

Respectfully submitted, this 29th day of August 2024.

s/Ronald J. Shook II
The Law Offices of Ronald J. Shook
121 E. Main Ave.
Gastonia, NC 28052
ron@rjshooklaw.com

s/Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us
*Attorneys for Plaintiffs*

s/Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 South College St.
Charlotte, NC 28202-6025
Sean.perrin@wbd-us.com
*Attorney for Defendant*