IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-630-MOC-SCR

| SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GRASS ROOTS NORTH CAROLINA, RIGHTS WATCH INTERNATIONAL, GUN OWNERS OF AMERICA, INC., AND GUN OWNERS FOUNDATION, | ) ) ) ) ) ) ) |
|---|---|
| Plaintiffs, | ) ) |
| v. | ) ) |
| GARRY MCFADDEN, IN HIS OFFICIAL CAPACITY AS SHERIFF OF MECKLENBURG COUNTY, | ) ) ) ) ) |
| Defendant. | ) ) |

**BRIEF IN SUPPORT OF MOTION TO ENTER CONSENT DECREE**

Plaintiffs Sara Beth Williams, Bruce Kane, Jason Yepko, Grass Roots North Carolina, Rights Watch International, Gun Owners of America, Inc., and Gun Owners Foundation, brought this complaint against Defendant Mecklenburg County Sheriff Gary McFadden as result of alleged delays in the concealed handgun permitting process. [Document 1].

After a hearing, the Court denied Plaintiffs' request for preliminary injunction and dismissed Plaintiffs' substantive due process, and Equal Protection Claims against Defendant, with the only remaining claim being a Second Amendment claim brought pursuant to 42 U.S.C. § 1983. [Document 29].

The Parties mediated this case on July 26, 2024, and resolved all issues. The Parties have prepared a Consent decree which will be submitted via Cyber Clerk, and request that the Consent decree be signed by the Court.

1

Respectfully submitted, this 29th day of August 2024.

s/Ronald J. Shook II
The Law Offices of Ronald J. Shook
121 E. Main Ave.
Gastonia, NC 28052
ron@rjshooklaw.com

s/Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us
*Attorneys for Plaintiffs*

s/Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 South College St.
Charlotte, NC 28202-6025
Sean.perrin@wbd-us.com
*Attorney for Defendant*