IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:22-cv-630-MOC-SCR

SARA BETH WILLIAMS, BRUCE KANE, JASON YEPKO, GRASS ROOTS NORTH CAROLINA, RIGHTS WATCH INTERNATIONAL, GUN OWNERS OF AMERICA, INC., AND GUN OWNERS FOUNDATION,

Plaintiffs,

v.

GARRY MCFADDEN, IN HIS OFFICIAL CAPACITY AS SHERIFF OF MECKLENBURG COUNTY,

Defendant.

JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(ii), the Parties stipulate to the dismissal with prejudice of Plaintiffs' Complaint.

Each party shall bear their own costs and fees.

Respectfully submitted, this 25th day of September 2024.

s/Ronald J. Shook II
The Law Offices of Ronald J. Shook
121 E. Main Ave.
Gastonia, NC 28052
ron@rjshooklaw.com

s/Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS 38654
stephen@sdslaw.us
Attorneys for Plaintiffs

1

s/Sean F. Perrin
Womble Bond Dickinson (US) LLP
301 South College St.
Charlotte, NC 28202-6025
Sean.perrin@wbd-us.com
Attorney for Defendant

2

Case 3:22-cv-00630-MOC-SCR   Document 43   Filed 09/25/24   Page 2 of 2